# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOSEPH MCCOY, | Case No. 1:17-cv-01315-SAB |
|---|---|
| Plaintiff, | ORDER RE STIPULATION FOR AN EXTENSION FO TIME FOR PLAINTIFF TO FILE HIS OPENING BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 13) |
| Defendant. | |

On May 1, 2018, the parties filed a stipulation extending the time for Plaintiff to file his opening brief in this action. Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before June 4, 2018;
2. Defendant's responsive pleading shall be filed on or before July 5, 2018; and
3. Plaintiff's reply, if any, shall be filed on or before July 20, 2018.

IT IS SO ORDERED.

Dated: **May 2, 2018**

UNITED STATES MAGISTRATE JUDGE